NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF THE VIRGIN ISLANDS
ST. CROIX DIVISION

ELROI E. BAUMANN,

    Plaintiff,

v.

VIRGIN ISLANDS WATER AND POWER AUTHORITY,

    Defendant.

Civ. No. 13-02

ORDER

THOMPSON, U.S.D.J.[1]

    For the reasons stated in this Court's Opinion on this same day,

    IT IS, on this 2nd day of February, 2016,

    ORDERED that Defendant's Motion to Strike (ECF No. 78) is DENIED; and it is further

    ORDERED that Defendant's Motion for Extension of Time (ECF No. 81) is GRANTED; and it is further

    ORDERED that Defendant's Motion for Summary Judgment (ECF No. 14) is GRANTED. Accordingly, this case is closed.

    /s/ Anne E. Thompson
    ANNE E. THOMPSON, U.S.D.J.

---

[1] The Hon. Anne E. Thompson, United States District Judge for the District of New Jersey, sitting by designation.